**Order entered December 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01514-CV

### IN RE LAKEITH AMIR-SHARIF, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-13818-E**

## ORDER

Before the Court is relator's petition for writ of mandamus. In view of the volume of motions filed by relator, the number of judges who have presided over the case and the recent assignment of this case to respondent, the Court requests that real parties in interest Quik Trip Corporation and Chester Cadieux III file a response to the petition, including any necessary supplemental record, addressing: 1) the actions the trial court has taken to ascertain which motions filed by relator, if any, require a ruling and 2) the actions the trial court has taken, if any, to dispose of any motions that relator has properly set for hearing or other appropriate disposition. Real parties in interest shall file their responses on or before December 29, 2014.

/s/     CRAIG STODDART
           JUSTICE